IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGNES M. COLLINS, | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES of AMERICA, | : | |
| | : | No. 11-4450 |
| *Defendant.* | : | |

**O R D E R**

AND NOW, this 10th day of January, 2012, upon consideration of the Defendant's Motion to Transfer this matter to the Southern District of Florida (Doc. No. 3), and Plaintiff's response thereto (Doc. No. 4), it is hereby ORDERED that the Defendant's motion is DENIED.

It is FURTHER ORDERED that pursuant to the Court's September 14, 2011 Order (Doc. No. 6), the Government's Response to the Plaintiff's Complaint will be due twenty-one (21) days from the date of this Order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1